Clifford J. Bates, appellee, v. County of Cook, appellant. Gen. No. 36,245.

Opinion filed May 24, 1933.

John A. Swanson, State's Attorney, and John E. Pedderson, Assistant State's Attorney, for appellant; Hayden N. Bell, of counsel. Clifford J. Bates, *pro se.*

Mr. Presiding Justice Wilson delivered the opinion of the court.